UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAMES A. JONES, JR. #108376,

    Plaintiff,

v.                                                             3:10-cv-247

TONY HALL, JOEY MATTINA,
JANE DOE, and KNOXVILLE
POLICE DEPARTMENT,

    Defendants.

## ORDER OF DEFICIENCY

The court is in receipt of a *pro se* prisoner's civil rights complaint under 42 U.S.C. § 1983, which the Clerk is **DIRECTED** to file as of the date the complaint was received. Under the Prison Litigation Reform Act of 1995, a prisoner who files a complaint in a district court must tender the full filing fee *or* he must file (1) an application to proceed *in forma pauperis* without prepayment of fees *and* (2) a certified copy of his inmate trust account for the previous six-month period. 28 U.S.C. § 1915(a)(2). Plaintiff has not paid the $350.00 filing fee nor has he submitted the proper documents to proceed *in forma pauperis*.[1]

---

[1] In a letter accompanying the complaint, which was received by the court on June 1, 2010, plaintiff stated that his application to proceed *in forma pauperis* had been forwarded to the prison's Trust Fund Account Department for processing and would be sent to the court in a few weeks. The court has yet to receive the application.

Plaintiff shall have thirty (30) days from the date of this Order to pay the full filing fee or to submit the necessary documents. The Clerk is **DIRECTED** to send plaintiff an application to proceed *in forma pauperis*. Plaintiff is hereby **NOTIFIED** that if he fails to fully comply with this Order within the time required, the court shall presume that plaintiff is not a pauper, shall assess the full amount of fees, and shall order the case dismissed for want of prosecution.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge