UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| JAMES A. JONES, JR., | ) | | |
| | ) | | |
| *Plaintiff*, | ) | | |
| | ) | | |
| v. | ) | No. | 3:10-cv-247 |
| | ) | | (PHILLIPS) |
| | ) | | |
| TONY HALL, JOEY MATTINA, | ) | | |
| and JANE DOE, | ) | | |
| | ) | | |
| *Defendants*. | ) | | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the defendants' motion to dismiss is **GRANTED**, the Jane Doe defendant is **DISMISSED**, all other pending motions are **DENIED** as **MOOT**, and this action is **DISMISSED WITH PREJUDICE**.

**ENTER:**

                                                    s/ Thomas W. Phillips
                                                United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT